IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA



| | |
|---|---|
| *Jason J Davis* | **Complaint for Violation of Civil Rights** |
| **-against-** | (Non-Prisoner Complaint) |
| *Nebraska Department of Health and Human Services, Nebraska Families Collaborative, Sarpy County Attorney, CASA of Sarpy County, Capstone Behavioral Health, Beneficial Behavioral Health, Angela Thelen (PSW NDHHS), David Newell (NFC), Donna Rozell (NFC), Jeffery Vandenberg (NFC), Lisa Minardi (NFC), Jennifer Richey (NFC), Michelle Adams (NFC), Sandra Markley (Deputy Sarpy County Attorney) Ray Kopp (CASA of Sarpy County), Angela Thelen (Individual), David Newell (Individual), Donna Rozell (Individual), Jeffery Vandenberg (Individual), Lisa Minardi (Individual), Jennifer Richey (Individual), Michelle Adams (Individual), Sandra Markley (Individual), Ray Kopp (Individual),* | Case No. 8 16CV 385 _____ (to be filled in by the Clerk's Office)  Jury Trial:   ☒ Yes   ☐ No  (check one) |

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                Jason J Davis

Street Address          7508 Susan Avenue

City and County         LaVista, Sarpy County

State and Zip Code Nebraska 68128

Telephone Number (402) 206-3087

E-mail Address          jaydavis088@gmail.com

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name                Nebraska Dept. of Health and Human Services

Job or Title

Street Address          PO Box 95026

City and County         Lincoln, Lancaster County

State and Zip Code Nebraska 68509-5026

Telephone Number (402) 471 -3121

E-mail Address

_____ (if known)

☐    Individual capacity          ☐    Official capacity

Defendant No. 2

Name                Nebraska Families Collaborative

Job or Title          (if known)

Street Address       2110 Papillion Parkway

City and County      Omaha, Douglas County

State and Zip Code   Nebraska, 68164

Telephone Number     (402) 492-2500

E-mail Address

_____ (if known)

☐    Individual capacity              ☐    Official capacity

Defendant No. 3

Name                 Sarpy County Attorney's Office

Job or Title

_____ (if known)

Street Address       1210 Golden Gate Drive

City and County      Papillion, Sarpy County

State and Zip Code   Nebraska, 68046

Telephone Number     (402) 593-2333

E-mail Address

_____ (if known)

☐    Individual capacity              ☐    Official capacity

Defendant No. 4

Name                 CASA of Sarpy County

Job or Title

_____ (if known)

Street Address       1210 Golden Gate Drive

City and County      Papillion, Sarpy County

State and Zip Code   Nebraska, 68046

Telephone Number     (402) 593-2259

E-mail Address

_____ (if known)

3

☐   Individual capacity          ☐   Official capacity

Defendant No. 5

Name                Angela Thelen
Job or Title        PSW
Street Address      PO BOX 95026
City and County     Lincoln, Lancaster County
State and Zip Code  Nebraska 68509-5026
Telephone Number    (402) 471-3121
E-mail Address

_____ (if known)

☐   Individual capacity          ☒   Official capacity

Defendant No. 6

Name                David Newell
Job or Title        President & CEO Nebraska Families Collaborative
Street Address      2110 Papillion Parkway
City and County     Omaha, Douglas County
State and Zip Code  Nebraska, 68164
Telephone Number    (402) 492-2530
E-mail Address      David.Newell@nebraskafc.org

☐   Individual capacity          ☒   Official capacity

Defendant No. 7

Name                Donna Rozell
Job or Title        COO Nebraska Families Collaborative
Street Address      2110 Papillion Parkway
City and County     Omaha, Douglas County
State and Zip Code  Nebraska, 68164
Telephone Number    (402) 492-2533
E-mail Address      Donna.Rozell@nebraskafc.org

☐   Individual capacity          ☒   Official capacity

4

Defendant No. 8

 Name     Jeffery A. Vandenberg

 Job or Title    FPS Supervisor Nebraska Families Collaborative

 Street Address   2110 Papillion Parkway

 City and County  Omaha, Douglas County

 State and Zip Code Nebraska, 68164

 Telephone Number (402) 492-2500

 E-mail Address  jeff.vandenberg@nebraskafc.org

 ☐ Individual capacity   ✕ Official capacity

Defendant No. 9

 Name     Lisa Minardi

 Job or Title    FPS Nebraska Families Collaborative

 Street Address   2110 Papillion Parkway

 City and County  Omaha, Douglas County

 State and Zip Code Nebraska, 68164

 Telephone Number (402) 492-2500

 E-mail Address

 ☐ Individual capacity   ✕ Official capacity

Defendant No. 10

 Name     Jennifer Richey

 Job or Title    FPS Supervisor Nebraska Families Collaborative

 Street Address   2110 Papillion Parkway

 City and County  Omaha, Douglas County

 State and Zip Code Nebraska, 68164

 Telephone Number (402) 492-2500

 E-mail Address

 ☐ Individual capacity   ✕ Official capacity

Defendant No. 11

 Name     Michelle Adams

Job or Title        FPS Supervisor Nebraska Families
Collaborative
Street Address      2110 Papillion Parkway
City and County     Omaha, Douglas County
State and Zip Code  Nebraska, 68164
Telephone Number    (402) 492-2500
E-mail Address

☐    Individual capacity          ×    Official capacity


Defendant No. 12

Name                Sandra Markley
Job or Title        Deputy Sarpy County Attorney
Street Address      1210 Golden Gate Drive
City and County     Papillion, Sarpy County
State and Zip Code  Nebraska, 68046
Telephone Number    (402) 593-2333
E-mail Address

☐    Individual capacity          ×    Official capacity

Defendant No. 13

Name                Tony Green
Job or Title        Department of Health and Human Services
Street Address      PO BOX 95026
City and County     Lincoln, Lancaster County
State and Zip Code  Nebraska, 68509-5026
Telephone Number    (402) 471-3121
E-mail Address

☐    Individual capacity          ×    Official capacity

6

Defendant No. 14

Name                  Ray Kopp

Job or Title          Sarpy County CASA Volunteer

Street Address        1210 Golden Gate Drive

City and County       Papillion, Sarpy County

State and Zip Code    Nebraska, 68046

Telephone Number      (402) 593-2259

E-mail Address

☐    Individual capacity              ×    Official capacity

Defendant No. 15

Name                  Capstone Behavioral Health

Job or Title

Street Address        1941 South 42nd Street

City and County       Omaha, Douglas County

State and Zip Code    Nebraska, 68105

Telephone Number      (402) 614-8444

E-mail Address

☐    Individual capacity              ×    Official capacity

Defendant No. 16

Name                  Beneficial Behavioral Health Services

Job or Title

Street Address        4732 South 137th Street

City and County       Omaha, Douglas County

State and Zip Code    Nebraska, 68137

Telephone Number      (402) 697-3923

E-mail Address

☐    Individual capacity              ×    Official capacity

Defendant No. 17

7

Name              Stacie Thomas

Job or Title       Drug Testing Specialist - Capstone

Street Address     1941 South 42nd Street

City and County    Omaha, Douglas County

State and Zip Code Nebraska, 68105

Telephone Number  (402) 614-8444

E-mail Address

☐     Individual capacity              ✕     Official capacity


Defendant No. 18

Name              Angela Thelen

Job or Title       PSW

Street Address     PO BOX 95026-

City and County    Lincoln, Lancaster County

State and Zip Code Nebraska 68509-5026

Telephone Number  (402) 471-3121

E-mail Address

_____ (if known)

✕     Individual capacity              Official capacity

Defendant No. 19

Name              David Newell

Job or Title       President & CEO Nebraska Families
Collaborative

Street Address     2110 Papillion Parkway

City and County    Omaha, Douglas County

State and Zip Code Nebraska, 68164

Telephone Number  (402) 492-2530

E-mail Address     David.Newell@nebraskafc.org

✕     Individual capacity              Official capacity

Defendant No. 20

8

Name              Donna Rozell

Job or Title      COO Nebraska Families Collaborative

Street Address    2110 Papillion Parkway

City and County   Omaha, Douglas County

State and Zip Code Nebraska, 68164

Telephone Number  (402) 492-2533

E-mail Address    Donna.Rozell@nebraskafc.org

  ×    Individual capacity              Official capacity

Defendant No. 21

Name              Jeffery A. Vandenberg

Job or Title      FPS Supervisor Nebraska Families Collaborative

Street Address    2110 Papillion Parkway

City and County   Omaha, Douglas County

State and Zip Code Nebraska, 68164

Telephone Number  (402) 492-2500

E-mail Address    jeff.vandenberg@nebraskafc.org

  ×    Individual capacity              Official capacity

Defendant No. 22

Name              Lisa Minardi

Job or Title      FPS Nebraska Families Collaborative

Street Address    2110 Papillion Parkway

City and County   Omaha, Douglas County

State and Zip Code Nebraska, 68164

Telephone Number  (402) 492-2500

E-mail Address

  ×    Individual capacity              Official capacity

Defendant No. 23

Name              Jennifer Richey

Job or Title      FPS Supervisor Nebraska Families Collaborative

9

Street Address       2110 Papillion Parkway

City and County      Omaha, Douglas County

State and Zip Code   Nebraska, 68164

Telephone Number     (402) 492-2500

E-mail Address

×     Individual capacity            Official capacity

Defendant No. 24

Name                 Michelle Adams

Job or Title         FPS Supervisor Nebraska Families
Collaborative

Street Address       2110 Papillion Parkway

City and County      Omaha, Douglas County

State and Zip Code   Nebraska, 68164

Telephone Number     (402) 492-2500

E-mail Address

×     Individual capacity            Official capacity

Defendant No. 25

Name                 Sandra Markley

Job or Title         Deputy Sarpy County Attorney

Street Address       1210 Golden Gate Drive

City and County      Papillion, Sarpy County

State and Zip Code   Nebraska, 68046

Telephone Number     (402) 593-2333

E-mail Address

×     Individual capacity            Official capacity

Defendant No. 26

Name                 Ray Kopp

Job or Title         Sarpy County CASA Volunteer

10

Street Address      1210 Golden Gate Drive

City and County      Papillion, Sarpy County

State and Zip Code Nebraska, 68046

Telephone Number (402) 593-2259

E-mail Address

  ×    Individual capacity           Official capacity

Defendant No. 27

Name      Tony Green

Job or Title      Department of Health and Human Services

Street Address      PO BOX 95026

City and County      Lincoln, Lancaster County

State and Zip Code Nebraska, 68509-5026

Telephone Number (402) 471-3121

E-mail Address

  ×    Individual capacity           Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

     ☐    Federal officials (a *Bivens* claim)

     ×    State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

5th Amendment right to not be deprived of life, liberty, or property, without due

11

process of law. Right to freedom from religious discrimination. 14ᵗʰ Amendment protection which states: …"nor shall any state deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws."

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_____

_____

_____

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Nebraska Department of Health Human Services and Angela Thelen deprived Plaintiff of his right to due process of law by committing perjury, coercing Plaintiff into a false admission, tampering with witnesses and evidence and providing false information on the Affidavit for Removal. Tony Green, then acting chair of the Division of Children and Family Services violated Plaintiff's right to due process by dismissing Plaintiff's grievance based on knowingly false information. Nebraska Families Collaborative is the State of Nebraska's lead contractor in charge of management of child welfare cases for Omaha and Sarpy County. Several State and Federal laws were violated by NFC and its employees, (David Newell, Donna Rozell, Jeffery Vandenberg, Jennifer Richey, Lisa Minardi, Michelle Adams). Examples include deprivation of Plaintiff's right to due process by falsifying documents, perjury, disclosing privileged information and tampering with witnesses. NFC and Jeffery Vandenberg, in particular, also violated Plaintiff's right to equal protection under the law through religious discrimination and harassment of Plaintiff based on Plaintiff's religious beliefs. CASA of Sarpy County and Ray Kopp, CASA Volunteer also deprived Plaintiff of his right to due process by falsifying documents and perjury. The Sarpy County Attorney's Office and Sandra Markley,

Deputy County Attorney also violated Plaintiff's right to due process by falsifying documents, tampering with witnesses, destruction of evidence, malicious prosecution and oppression under color of office. Capstone Behavioral Health also violated Plaintiff's right to due process by falsifying documents and tampering with / fabricating evidence. Beneficial Behavioral Health violated Plaintiff's privacy rights and his right to due process of law by sharing confidential information, maintaining inappropriate contact with NFC and falsifying documents.

## III.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?

Omaha, Nebraska, LaVista, Nebraska and Papillion, Nebraska

B.   What date and approximate time did the events giving rise to your claim(s) occur?

From July 2014 until March 2016

C.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Angela Thelen and the Dept. of Health and Human Services failed in their obligation to conduct a thorough investigation of the allegations made against Plaintiff. To cover this up, Angela Thelen and Melanie Jones of DHHS provided knowingly false information on the Affidavit for Removal of Plaintiff's children and perjured themselves in Court. Plaintiff possesses the Affidavit, Thelen's internal reports and transcripts of the court hearing in which Thelen provided knowingly false information under oath. NFC, specifically Lisa Minardi, Michelle Adams and Donna Rozell conspired to

13

cover up their misconduct, which consisted of interfering with Plaintiff's right to due process by providing false information to the court and interfering with the Judge's orders, by failing to provide a meaningful case plan within the time allowed by law and disposing of the police report which contained law enforcement's determination that no evidence exists to support the allegations against Plaintiff. Sandra Markley and the Sarpy County Attorney's Office also intentionally withheld evidence such as the police report, claiming to have never received a report. Plaintiff has in his possession recordings of meetings with Rozell, Adams and Minardi, during which all three acknowledged the wrong doing of the agency. Plaintiff also has a recording of a meeting with Detective Ben Iverson of the LaVista Police, during which Detective Iverson emphatically states that his report was given directly to Minardi and the Sarpy County Attorney. During Plaintiff's first meeting with Jeffery Vandenberg, which is also recorded, Vandenberg asserts that he has knowledge that Plaintiff "hates God." Vandenberg attempted to make friends with Plaintiff by telling Plaintiff how much he, himself, hates Christianity. This is despite the fact that, at that time, Plaintiff had been requesting the opportunity to take his children to the church they had attended regularly for the past several years. After Plaintiff professed his faith to Vandenberg, Vandenberg began harassing Plaintiff on Facebook, refused to allow Plaintiff to take his children to church, falsified many documents and drug tests, with the aid of Capstone Behavioral Health, interfered with Plaintiff's scheduled visitation with his children on many occasions, instructed several visitation workers from Beneficial Behavioral Health to attempt to provoke Plaintiff into verbal altercations, switched visitation workers every time one would file a positive report about Plaintiff, attempted to gain privileged information from Plaintiff's health care providers and therapists, provided knowingly false testimony in court and in court documents, made several hateful and harassing comments about Plaintiff on social media, made false claims to agency officials and the court that Plaintiff had made several threats of violence towards Plaintiff's former spouse, as well as the Sarpy County Courthouse and the NFC offices. When confronted about these statements, Vandenberg claims to have never said anything of the sort. His false accusations are well documented and his denial of making the accusations was recorded during a meeting with Vandenberg, NFC officials and Plaintiff. Vandenberg's supervisor, Jennifer Richey and the Department of Health and Human Services approved Vandenberg's reports to the court, despite their knowledge that the information contained in the reports was patently false. Ray Kopp, a Volunteer with Sarpy

14

County CASA also provided perjured testimony in court and in his reports to the court, violating Plaintiff's right to due process. I have in my possession countless documents and audio recordings that prove these allegations beyond any form of doubt.

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

---

## V.    Relief

State briefly what you want the court to do for you.   Make no legal arguments. Do not cite any cases or statutes.  If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

I am asking for the immediate termination of Jeff Vandenberg, Lisa Minardi, Donna Rozell and David Newell and Sandra Markley, as well as the immediate and unconditional termination of NFC's contract with the State of Nebraska. I also ask that a public apology be delivered to Plaintiff and his family from the individuals named herein, as well as from their respective agencies. Further, I would ask that prosecution commence against Vandenberg, Thelen, Kopp and

15

Markely for their criminal acts of perjury, destruction of evidence, witness tampering and oppression under the color of office. I am seeking actual damages in the amount of $42,000 dollars in lost income due to these events as well as punitive damages in the amount of $59,000,000. $9,000,000 for the suffering incurred as a result of the acts of these parties, specifically, the destruction of my family, placing my children in a knowingly dangerous and abusive home, ongoing post-traumatic stress and anxiety, recurring nightmares, suffered not only by myself, but my children, as well, and damage to my reputation and that of my former company, ApogeeCAD Solutions. The remaining $50,000,000 I ask to be used to fund a legitimate child welfare agency whose mission truly is the protection of children and families.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: August 9, 2016.

Signature of Plaintiff

Printed Name of Plaintiff    Jason J Davis

### B.    For Attorneys

Date of signing: _____, 20___.

16

Signature of Attorney

_____

Printed Name of Attorney

_____

Bar Number

_____

Name of Law Firm

_____

Address

_____

Telephone Number

_____

E-mail Address

_____

17