IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JASON J. DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:16CV385 |
| | ) | |
| V. | ) | |
| | ) | |
| NEBRASKA DEPARTMENT OF HEALTH AND HUMAN SERVICES, NEBRASKA FAMILIES COLLABORATIVE, SARPY COUNTY ATTORNEY, CASA OF SARPY COUNTY, CAPSTONE BEHAVIORAL HEALTH, BENEFICIAL BEHAVIORAL HEALTH, ANGELA THELEN, PSW NDHHS and Individual, DAVID NEWELL, NFC and Individual, DONNA ROZELL, NFC and Individual, JEFFERY VANDENBERG, NFC and Individual, LISA MINARDI, NFC and Individual, JENNIFER RICHEY, NFC and Individual, MICHELLE ADAMS, NFC and Individual, SANDRA MARKLEY, Deputy Sarpy County Attorney and Individual, and RAY KOPP, CASA of Sarpy County and Individual, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **MEMORANDUM AND ORDER** |
| | ) | |
| Defendants. | ) | |

Plaintiff, a non-prisoner, filed a Motion for Leave to Proceed in Forma Pauperis. (Filing No. 2.) Upon review of Plaintiff's Motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is provisionally granted, and the Complaint shall be filed without payment of fees. Plaintiff is advised that the next step in his case will be for the court to conduct an initial review

of his claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The court will conduct this initial review in its normal course of business.

DATED this 11th day of August, 2016.

BY THE COURT:

S/ *Richard G. Kopf*
Senior United States District Judge