IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JASON J. DAVIS,<br><br>        Plaintiff,<br><br>vs.<br><br>NEBRASKA DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>        Defendants. | **8:16CV385**<br><br>**MEMORANDUM AND ORDER** |

On November 15, 2016, the court ordered Plaintiff to file an amended complaint by December 15, 2016, or face dismissal of this action. ([Filing No. 6](#).) To date, Plaintiff has not filed an amended complaint or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

Dated this 17th day of January, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge